IN THE UNITED STATES OF AMERICA
District of Alaska

RECEIVED

JUN 04 2026
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

ROBERT JAMES SWINT,
Plaintiff,

Vs.

The Daily Astorian,
Defendant.

NEW COMPLAINT

Civ. No _____
3:26-CV-00227-SLG

## Jurisdiction

12 U.S.F. § 13C §§ 180Z/995.7¢

## FACT

The Daily Astorian Newspaper has reported the news over the years and theres been about 7 stories where they falsley lied in order to hyde facts for a major treasure hunt coming up.

## Discovery

upon discovery there has been nothing but in all the Newspapers And 4 Media Stories with the Same

BIOGRAPHY/DESCRIPTION: 011111111111112

Relief

I Am Asking the courts for injective relief by pulling at least 25 YARD SALE ADS for 95 Seconds while counting ON ONE WORD TO ~~APPEAR~~

NOW

Lime

the court has now seen how this works And I ask for 6.5$M. In relief from defendant.

Thank You

ROBERT JAMES SWIM, #80485
Columbia County Jail
901 Port Ave.
St. Helens, OR
97051

PORTLAND OR RPDC 972

1 JUN 2026    PM 4   L

FOREVER / USA

US DISTRICT COURT
222 W. 7th Avenue, #4
Anchorage, AK 99513